UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICE ANTHONY BROWN,<br><br>                Plaintiff,<br><br>  v.<br><br>MATTHEW MURPHY, et al.,<br><br>                Defendants. | CASE NO. 2:23-cv-00835-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Court Judge John C. Coughenour.

DATED this 6th day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1